UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR INQUIRY, INC., <br> JENNIFER BEAHAN and RICHARD BRAYTON, <br> Plaintiffs, <br> <br> -v- <br> <br> LISA POSTHUMUS LYONS and <br> THE STATE OF MICHIGAN, <br> Defendants. | No. 1:18-cv-609 <br> <br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has dismissed this action because it lacks subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 25, 2020          /s/ Paul L. Maloney
                              Paul L. Maloney
                              United States District Judge